**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny WESLEY, a.k.a. Mott,**
**Defendant–Appellant.**

**No. 14–12833**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 9, 2015.

Michelle Lee Schieber, Michael J. Moore, U.S. Attorney, U.S. Attorney's Of-

fice, Macon, GA, Leah E. McEwen, U.S. Attorney's Office, Albany, GA, for Plaintiff-Appellee.

Oliver Raymond Register, Law Offices of Oliver Raymond Register, Thomasville, GA, for Defendant-Appellant.

Johnny Wesley, Montgomery, AL, pro se.

Before TJOFLAT, WILSON and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Oliver R. Register, appointed counsel for Johnny Wesley in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Wesley's conviction and sentence are **AFFIRMED.**